■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MANUEL SANTIAGO, Defendant. [994 NYS2d 313]—Application by

the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Orange County, rendered October 9, 2012.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Eng, P.J., Duffy, LaSalle and Barros, JJ., concur.